1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Branch Chief, Fresno Office
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-00234-JLT |
|---|---|---|
| *Plaintiff,* | ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| DOROTHY MAE VIGIL, | ) | |
| *Defendant,* | ) | |

Defendant Dorothy Mae Vigil, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Ms. Vigil was sentenced to three years of supervised release, which commenced on January 14, 2019. Jurisdiction of Ms. Vigil's case was transferred to the Eastern District of California on October 19, 2018. On March 10, 2021, Probation filed a Petition alleging two violations of supervised release. On October 25, 2022, Probation filed a Superseding Petition alleging an additional violation. Ms. Vigil is currently in custody out of state serving time in another matter. Ms. Vigil is in need of counsel in the Eastern District of California to facilitate resolution of her pending Petition alleging three violations of supervised release.

///

///

After reviewing her Financial Affidavit, it is respectfully recommended that counsel be promptly appointed.

DATED: November 29, 2022                         */s/ Eric V. Kersten*
                                                 ERIC V. KERSTEN
                                                 Assistant Federal Defender
                                                 Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **November 30, 2022**                   /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE