PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-234 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: September 12, 2023 |
| DOROTHY MAE VIGIL, | TIME: 2:00 P.M. |
| Defendant. | COURT: Hon. Erica P. Grosjean |

Per the request of the Court, both parties jointly file this status report informing the court of the status of the case. Defendant Dorothy Mae Vigil, by and through her counsel of record Christina Corcoran ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Arin Heinz, hereby stipulate as follows:

1. The parties are in active discussions about resolution of this violation petition. However, the parties request additional time to discuss resolution. Ms. Corcoran also requires additional time to consult with her client, who is in custody in Tulare County jail.

2. Given this information, both parties request to move the status conference to Thursday September 14, 2023. This will allow the parties to determine resolution of the petition and update the court accordingly.

| | |
|---|---|
| Dated: September 8, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | /s/ ARIN C. HEINZ<br>ARIN C. HEINZ<br>Assistant United States Attorney |
| | |
| Dated: September 8, 2023 | /s/ Christina Corcoran<br>Christina Corcoran<br>Counsel for Defendant<br>DOROTHY MAE VIGIL |

**ORDER**

Pursuant to stipulation of the parties, the Court orders the status conference re violation of supervised release, currently noticed for September 12, 2023, continued to September 14, 2023, at 2:00 pm before the Magistrate Judge.

IT IS SO ORDERED.

Dated: **September 11, 2023**         /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE