HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DOROTHY MAE MCCANTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOROTHY MAE MCCANTS,<br><br>Defendant. | Case No. 1:18-cr-00234-JLT<br><br>**AMENDED ORDER FOR RELEASE AND TRANSPORT TO SALVATION ARMY** |

IT IS HEREBY ORDERED that defendant Dorothy Mae McCants (Tulare County Sheriff's Booking No. 486141) shall be released from the Tulare County Jail to Kevin Mitchel, a social worker with the Office of the Federal Defender, on Thursday, October 26, 2023, at 8:00 a.m.  Mr. Mitchel will then transport Ms. McCants directly to the Salvation Army Adult Rehabilitation Center, in Fresno, California, for admission into the program.

IT IS SO ORDERED.

Dated:   **October 23, 2023**

_____
UNITED STATES DISTRICT JUDGE